IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VICTOR PETER BUCHI,<br><br>                    Plaintiff,<br><br>v.<br><br>WARDEN CROWTHER et al.,<br><br>                    Defendants. | **MEMORANDUM DECISION & DISMISSAL ORDER**<br><br><br>Case No. 2:17-CV-51-DB<br><br>District Judge Dee Benson |

In an Order dated July 3, 2017, the Court required Plaintiff to--within thirty days--file an amended complaint. Plaintiff has not complied. Indeed, the order was returned to sender. And the Court last heard from Plaintiff almost a year ago, on May 15, 2017, when he responded to an order to show cause.

IT IS THEREFORE ORDERED that, because Plaintiff has failed to prosecute this case, *see* DUCivR 41-2, Plaintiff's action is DISMISSED without prejudice. This case is CLOSED.

DATED this 24th day of April, 2018.

BY THE COURT:

*/s/ Dee Benson*

JUDGE DEE BENSON
United States District Court